# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 2:14-cv-12600-LVP-DRG |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-21, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal without prejudice as to the following Defendant identified in Plaintiff's Complaint as Doe # 7, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 68.62.79.56.

DATED:  September 29, 2014            Respectfully submitted,

Dallas Buyers Club, LLC

By:  s/Paul J. Nicoletti
     Paul Nicoletti  (P-44419)
     NICOLETTI LAW, PLC
     33717 Woodward Avenue, Ste. #433
     Birmingham, MI 48009
     Landline: (248) 203-7800
     eFax: (248) 928-7051
     Email:  pauljnicoletti@gmail.com
     http://www.nicolettilawplc.com

     ATTORNEY FOR PLAINTIFF
     DALLAS BUYERS CLUB, LLC