IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 2:14-cv-12600-LVP-DRG |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-21, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
DOE #14, OWNER OF IP ADDRESS 24.11.212.121**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 14, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 24.11.212.121.

DATED:  September 26, 2014              Respectfully submitted,

                                        Dallas Buyers Club, LLC,

                                        By : s/Paul J. Nicoletti
                                             Paul Nicoletti  (P-44419)
                                             NICOLETTI LAW, PLC
                                             33717 Woodward Avenue, Ste. #433
                                             Birmingham, MI 48009
                                             Landline: (248) 203-7800
                                             eFax: (248) 928-7051
                                             Email:  pauljnicoletti@gmail.com
                                             http://www.nicolettilawplc.com

                                             ATTORNEY FOR PLAINTIFF
                                             DALLAS BUYERS CLUB, LLC